# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

145422 & (20)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

NATHANIEL WARD,
        Defendant-Appellant.

SC: 145422
COA: 309063
Muskegon CC: 08-056165-FH

_____/

On order of the Court, the application for leave to appeal the June 13, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for bond pending appeal is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____
Clerk

s0827